

## NUMBER 13-17-00211-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

---

### EX PARTE ARMANDO CARDOZA RODRIGUEZ

---

**On appeal from the 197th District Court
of Cameron County, Texas**

---

## ORDER ABATING APPEAL

**Before Chief Justice Valdez and Justices Longoria and Hinojosa
Order Per Curiam**

This cause is before the Court on appellant's unopposed motion to abate the appeal. The Texas Department of Public Safety filed a restricted appeal from the trial court's order of expunction. Appellant requests this appeal be abated because a petition for bill of review is set to be heard in the trial court on August 3, 2017, and could result in resolution of the issues pending before this Court.

The Court, having examined and fully considered the documents on file and the unopposed motion to abate, is of the opinion that the motion to abate the appeal should

be granted.    The motion to abate is GRANTED and this appeal is ordered ABATED until August 15, 2017.

The Court directs appellant to file, on or before August 15, 2017, either (1) a motion to reinstate the appeal, or (2) a motion to dismiss the appeal pursuant to settlement.

PER CURIAM

Delivered and filed the
27th day of July, 2017.